## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MIGUEL GASTELO-ARMENTA and  )<br>RICARDO A. FERNANDEZ,  )<br>  )<br>  Defendants.  ) | 8:09CR92<br><br>SCHEDULING ORDER |

Upon review of the file,

**IT IS ORDERED** that the trial now set for May 19, 2009 is cancelled as to all defendants. The trial will be rescheduled in accordance with the Speedy Trial Act after the court rules on the Motion to Suppress (Doc. 23) filed by Miguel Gastelo-Armenta.

**DATED May 5, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**