IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:09CR92 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MIGUEL GASTELO-ARMENTA and ) | |
| RICARDO A. FERNANDEZ, ) | |
| ) | |
| Defendants. ) | |

This case is before the court on the government's Motion to Compel Disclosure of Defendant's Expert's Opinions and Reasons (#41). The motion is denied without prejudice to it being re-raised as a motion to continue at the conclusion of the testimony of the defendant's expert.

**IT IS ORDERED:**

1. The government's Motion to Compel Disclosure of Defendant's Expert's Opinions and Reasons (#41) is denied.

Dated this 21st day of September 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge